[No. 15032-4-I.   Division One.   July 30, 1986.]

KING COUNTY, *Respondent*, v. EARL SOUSHEK,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-12010-1, Faith Enyeart, J., entered June

25, 1984. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.